UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

| | |
|---|---|
| ROBERT T. HARMON, *individually and on Behalf of All Persons Similarly Situated*,<br><br>Plaintiff,<br><br>v.<br><br>LG PHILIPS LCD CO., LTD.; LG PHILIPS LCD AMERICA, INC.; SAMSUNG ELECTRONICS CO., LTD.; NEC CORPORATION; NEC ELECTRONICS AMERICA, INC.; NEC LCD TECHNOLOGIES LTD.; HITACHI LTD.; HITACHI DISPLAYS, LTD.; HITACHI ELECTRONIC DEVICES (USA), INC.; HITACHI AMERICA LTD.; INTERNATIONAL DISPLAY TECHNOLOGY CO., LTD.; INTERNATIONAL DISPLAY TECHNOLOGY USA LTD.; SANYO EPSON IMAGING DEVICES CORPORATION; SHARP CORPORATION; SHARP ELECTRONICS CORPORATION; TOSHIBA CORPORATION; TOSHIBA MATSUSHITA DISPLAY TECHNOLOGY CO., LTD.; AU OPTRONICS CORP.; AU OPTRONICS CORPORATION AMERICA; CHI MEI OPTOELECTRONICS CORP.; and CHI MEI OPTOELECTRONICS USA, INC.,<br><br>Defendants. | CASE NO. 4-07-00043-SWW<br><br>MDL 1827 In Re TFT-LCD (Flat Panel) Antitrust Litigation (Pending)<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for **Defendant, AU Optronics Corporation America.**

I certify that I am admitted to practice in this court.

Date: February 13, 2007.

/s/ **M. Samuel Jones, III**
Bar No. 76060
Mitchell, Williams, Selig,
Gates & Woodyard, P.L.L.C.
425 West Capitol Ave., Suite 1800
Little Rock, Arkansas 72201
(501) 688-8812
sjones@mwsgw.com

1040950.1