# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF ARKANSAS

# LITTLE ROCK DIVISION

| | |
|---|---|
| ROBERT T. HARMON, *individually and on Behalf of All Persons Similarly Situated*,<br><br>Plaintiff,<br><br>v.<br><br>LG PHILIPS LCD CO., LTD.; LG PHILIPS LCD AMERICA, INC.; SAMSUNG ELECTRONICS CO., LTD.; NEC CORPORATION; NEC ELECTRONICS AMERICA, INC.; NEC LCD TECHNOLOGIES LTD.; HITACHI LTD.; HITACHI DISPLAYS, LTD.; HITACHI ELECTRONIC DEVICES (USA), INC.; HITACHI AMERICA LTD.; INTERNATIONAL DISPLAY TECHNOLOGY CO., LTD.; INTERNATIONAL DISPLAY TECHNOLOGY USA LTD.; SANYO EPSON IMAGING DEVICES CORPORATION; SHARP CORPORATION; SHARP ELECTRONICS CORPORATION; TOSHIBA CORPORATION; TOSHIBA MATSUSHITA DISPLAY TECHNOLOGY CO., LTD.; AU OPTRONICS CORP.; AU OPTRONICS CORPORATION AMERICA; CHI MEI OPTOELECTRONICS CORP.; and CHI MEI OPTOELECTRONICS USA, INC.,<br><br>Defendants. | CASE NO. 4-07-00043-SWW<br><br>MDL 1827 In Re TFT-LCD (Flat Panel) Antitrust Litigation (Pending)<br><br>**STIPULATION AND UNOPPOSED MOTION FOR EXTENSION** |

WHEREAS plaintiff filed a complaint in the above-captioned case on January 19, 2007;

WHEREAS plaintiff alleges antitrust violations by manufacturers of Liquid Crystal Display ("LCD") products;

WHEREAS more than 50 complaints have been filed to date in federal district courts throughout the United States by plaintiffs purporting to bring class actions on behalf of direct or

indirect purchasers alleging antitrust violations by manufacturers of LCD products (collectively, "the LCD Cases");

WHEREAS there is a motion pending before the Judicial Panel on Multidistrict Litigation to transfer the LCD Cases to the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407;

WHEREAS plaintiff anticipates the possibility of Consolidated Amended Complaints in the LCD Cases;

WHEREAS plaintiff and defendant AU Optronics Corporation America ("AUO America") have agreed that an orderly schedule for any response to the pleadings in the LCD Cases would be more efficient for the parties and for the Court;

WHEREAS plaintiff agrees that the deadline for AUO America to respond to the Complaint shall be extended until the earlier of the following dates: (1) 45 days after the filing of a Consolidated Amended Complaint in the LCD Cases; or (2) 45 days after plaintiff provides written notice to AUO America that he does not intend to file a Consolidated Amended Complaint, provided that such notice may be given only after the initial case management conference in the MDL transferee court in this case;

WHEREAS plaintiff further agrees that this extension is available, without further stipulation with counsel for plaintiff, or further order from this court, to all named defendants who notify plaintiff in writing of their intention to join this extension;

WHEREAS this Stipulation does not constitute a waiver by AUO America or any defendant that joins in this Stipulation of any defense, including but not limited to the defenses of lack of personal jurisdiction or subject matter jurisdiction, insufficiency of service of process, or improper venue;

PLAINTIFF AND DEFENDANT AUO AMERICA, BY AND THOUGH THEIR RESPECTIVE COUNSEL OF RECORD, STIPULATE AS FOLLOWS:

1. The deadline for AUO America to respond to the Complaint shall be extended until the earlier of the following dates: (1) 45 days after the filing of a Consolidated Amended Complaint in the LCD Cases; or (2) 45 days after plaintiff provides written notice to AUO America that he does not intend to file a Consolidated Amended Complaint, provided that such notice may be given only after the initial case management conference in the MDL transferee court in this case;

2. This extension is available, without further stipulation with counsel for plaintiff or further order of the Court, to all named defendants who notify plaintiff in writing of their intention to join this extension; and y

3. This Stipulation does not constitute a waiver by AUO America or any defendant that joins in this Stipulation of any defense, including but not limited to the defenses of lack of personal jurisdiction or subject matter jurisdiction, insufficiency of service of process, or improper venue.

4. AUO America and any other named defendant joining this stipulation will serve Plaintiff's counsel copies of all documents it has filed with the MDL Panel, and will also serve Plaintiff's counsel copies of all memorandums filed with the MDL Panel and which it has been served with by other parties.

IT IS SO STIPULATED.

DATED: February 13, 2007

By: /s/ Scott E. Poynter
Scott E. Poynter
EMERSON POYNTER LLP
The Museum Center
500 President Clinton Ave., Suite 305
Little Rock, AR 72201
Telephone: (501) 907-2555
Facsimile: (501) 907-2556
E-Mail: scott@emersonpoynter.com
Attorneys for plaintiff ROBERT S. HARMON.

DATED: February 13, 2007

By: ___/s/ M. Samuel Jones, III___
M. Samuel Jones, III
MITCHELL, WILLIAMS, SELIG,
 GATES & WOODWARD, PLLC
Metropolitan Bank Building
425 West Capitol Ave., Suite 1800
Little Rock, AR 72201-3525
Telephone: (501) 688-8812
Facsimile: (501) 918-7812
E-Mail: sjones@mwsgw.com
Attorneys for defendant
AU OPTRONICS CORPORATION AMERICA

*Of Counsel*:
Michael F. Healy
Christopher A. Nedeau
Matthew C. Lovell
SEDGWICK, DETERT, MORAN & ARNOLD LLP
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635


PURSUANT TO STIPULATION, IT IS SO ORDERED:


DATED: February ___, 2007

_____
The Honorable Susan Webber Wright
Judge of the United States District Court

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

- **John G. Emerson**
  john@emersonpoynter.com tanya@emersonpoynter.com

- **Scott E. Poynter**
  Scott@emersonpoynter.com
  Michelle@emersonpoynter.com;swilson@emersonpoynter.com


        /s/ M. Samuel Jones, III
M. Samuel Jones, III
Arkansas Bar No. 76060
MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD, P.L.L.C.
425 West Capitol Avenue, Suite 1800
Little Rock, Arkansas 72201
(501) 688-8800
FAX: (501) 688-8807
E-Mail: sjones@mwsgw.com
Attorneys for defendant
AU OPTRONICS CORPORATION AMERICA