AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

LITTLE ROCK DIVISION

## NOTICE OF APPEARANCE

ROBERT HARMON, individually and on behalf of all those similarly situated,    Plaintiff,

Case No:   4-07-CV-00043 (SWW)

vs.

LG Philips LCD Co. Ltd., LG Philips LCD America, Inc.; Samsung Electronics Co. Ltd.;  Sharp Corporation; Sharp Electronics Corporation; Toshiba Corporation; Toshiba Matsushita Display Technology Co., Ltd.; Hitachi Ltd.; Hitachi Displays, Ltd.; Hitachi America Ltd.; Hitachi Electronic Devices (USA), Inc.; Sanyo Epson Imaging Devices Corporation; NEC Corporation; NEC LCD Technologies, Ltd.; NEC Electronics America, Inc.; AU Optronics Corporation; International Display Technology Co., Ltd.; International Display Technology USA Inc.; AU Optronics Corporation America; Chi Mei Optoelectronics Corporation; Chi Mei Optoelectronics USA, Inc.;
Defendants.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

   LG.Philips LCD America, Inc.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| February 14, 2007 | /s/James M. Simpson |
| Date | Signature |

James M. Simpson
Print Name

77125
Bar Number

400 West Capitol Avenue, Suite 2000
Address

Little Rock    AR    72201-3522
City    State    Zip Code

501-370-1520
Phone Number

Simpson@fec.net
E-Mail

# CERTIFICATE OF SERVICE

I, James M. Simpson, hereby certify that on February 14, 2007, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

**Christopher D. Jennings**
Emerson Poynter LLP - Little Rock
The Museum Center
500 President Clinton Avenue
Suite 305
Little Rock, AR 72201

**John G. Emerson**
Emerson Poynter LLP - Houston
830 Apollo Lane
Houston, TX 77058

**Scott E. Poynter**
Emerson Poynter LLP - Little Rock
The Museum Center
500 President Clinton Avenue
Suite 305
Little Rock, AR 72201

**M. Samuel Jones, III**
Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C. - LR
425 West Capitol Avenue
Suite 1800
Little Rock, AR 72201


/s/James M. Simpson
Name:          James M. Simpson
Bar Number:    77125
Attorney for:  LG.Philips LCD America, Inc.
Law Firm Name: Friday, Eldredge & Clark, LLP
Law Firm Address: 400 W. Capitol Ave., Suite 2000
City State ZIP: Little Rock, AR 72201-3522
Phone Number:  501-376-2011
Email Address: Simpson@fec.net