THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS, LITTLE ROCK DIVISION

| | |
|---|---|
| ROBERT HARMON, individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LG.Philips LCD Co. Ltd., LG.Philips LCD America, Inc.; Samsung Electronics Co. Ltd.; Sharp Corporation; Sharp Electronics Corporation; Toshiba Corporation; Toshiba Matsushita Display Technology Co., Ltd.; Hitachi Ltd.; Hitachi Displays, Ltd.; Hitachi America Ltd.; Hitachi Electronic Devices (USA), Inc.; Sanyo Epson Imaging Devices Corporation; NEC Corporation; NEC LCD Technologies, Ltd.; NEC Electronics America, Inc.; AU Optronics Corporation; International Display Technology Co., Ltd.; International Display Technology USA Inc.; AU Optronics Corporation America; Chi Mei Optoelectronics Corporation; Chi Mei Optoelectronics USA, Inc.;<br><br>Defendants. | CASE NO. 4-07-CV-00043 (SWW)<br><br>CORPORATE DISCLOSURE STATEMENT OF LG.PHILIPS LCD AMERICA, INC.<br><br>Honorable Susan Webber Wright |

CORPORATE DISCLOSURE STATEMENT OF LG
PHILIPS LCD AMERICA, INC. C 07-00043 (SWW)

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant LG.Philips LCD America, Inc. ("LPL America") hereby makes the following disclosure:

LG.Philips LCD Co., Ltd. is the parent company of LPL America. American Depository Receipts of LG.Philips LCD Co., Ltd. are publicly traded on the New York Stock Exchange. Besides LG.Philips LCD Co., Ltd., no company or person owns more than ten percent of LPL America's stock.

Respectfully submitted,

JAMES M. SIMPSON
FRIDAY, ELDREDGE & CLARK
400 West Capitol Street
Suite 2000
Little Rock, AR 72201-3522
Telephone:  (501) 376-2011
Facsimile:  (501) 376-2147
*Simpson@fec.net*

Attorney for Defendant
LG.PHILIPS LCD AMERICA, INC.

By:  /s/James M. Simpson
       JAMES M. SIMPSON, #77125

Of Counsel:

Michael R. Lazerwitz
Jeremy J. Caslyn
Lee F. Berger
CLEARY GOTTLIEB STEEN &
    HAMILTON LLP
2000 Pennsylvania Avenue, NW
Washington, D.C. 20006
Telephone: (202) 974-1500
Facsimile: (202) 974-1999

CORPORATE DISCLOSURE STATEMENT OF LG
PHILIPS LCD AMERICA, INC. C 07-00043 (SWW)

## CERTIFICATE OF SERVICE

I, James M. Simpson, hereby certify that on February 14, 2007, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all counsel for parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

/s/ James M. Simpson

1234426.2

CORPORATE DISCLOSURE STATEMENT
OF LG.PHILIPS LCD AMERICA, INC. 06
7640

[Washington DC #353974 v1]