# THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF ARKANSAS, LITTLE ROCK DIVISION

| | |
|---|---|
| ROBERT HARMON, individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LG Philips LCD Co. Ltd., LG Philips LCD America, Inc.; Samsung Electronics Co. Ltd.; Sharp Corporation; Sharp Electronics Corporation; Toshiba Corporation; Toshiba Matsushita Display Technology Co., Ltd.; Hitachi Ltd.; Hitachi Displays, Ltd.; Hitachi America Ltd.; Hitachi Electronic Devices (USA), Inc.; Sanyo Epson Imaging Devices Corporation; NEC Corporation; NEC LCD Technologies, Ltd.; NEC Electronics America, Inc.; AU Optronics Corporation; International Display Technology Co., Ltd.; International Display Technology USA Inc.; AU Optronics Corporation America; Chi Mei Optoelectronics Corporation; Chi Mei Optoelectronics USA, Inc.;<br><br>Defendants. | CASE NO. 4-07-CV-00043 (SWW)<br><br>**NOTICE OF JOINDER IN STIPULATION FOR EXTENSION OF TIME**<br><br>Honorable Susan Webber Wright |

NOTICE OF JOINDER IN STIP FOR
EXTENSION OF TIME

1    PLEASE TAKE NOTICE that Defendant LG.Philips LCD America, Inc. ("LPL
2  America") has, by written notice to Plaintiff in this action, joined in the Stipulation for Extension
3  of Time between Plaintiff and defendant AU Optronics Corporation America, dated and filed in
4  this action on February 13, 2007 ("the Stipulation").  Pursuant to the Stipulation, the deadline for
5  LPL America to respond to Plaintiff's Complaint shall be extended until the earlier of the
6  following two dates:  (1) 45 days after the filing of a Consolidated Amended Complaint in the
7  LCD Cases; or (2) 45 days after Plaintiff provides written notice to LPL America that he does not
8  intend to file a Consolidated Amended Complaint, provided that such notice may be given only
9  after the initial case management conference in the MDL transferee court in this case.  The
10 Joinder does not constitute a waiver by LPL America of any defense, including but not limited to
11 the defenses of lack of personal or subject matter jurisdiction, insufficiency of process, or
12 improper venue.  LPL America will serve Plaintiff's counsel copies of all documents it has filed
13 with the MDL Panel, and will also serve Plaintiff's counsel copies of all memorandums filed with
14 the MDL Panel and with which is has been served by other parties.

Respectfully submitted,

JAMES M. SIMPSON
FRIDAY, ELDREDGE & CLARK
400 West Capitol Street
Suite 2000
Little Rock, AR 72201-3522
Telephone:    (501) 376-2011
Facsimile:    (501) 376-2147
*Simpson@fec.net*

Attorney for Defendant
LG.PHILIPS LCD AMERICA, INC.


By:___/s/James M. Simpson_____
        JAMES M. SIMPSON, #77125

NOTICE OF JOINDER IN STIP FOR
EXTENSION OF TIME

| | |
|---|---|
| 1 | Of Counsel: |
| 2 | Michael R. Lazerwitz |
| 3 | Jeremy J. Calsyn<br>Lee F. Berger |
| 4 | CLEARY GOTTLIEB STEEN &<br>  HAMILTON LLP |
| 5 | 2000 Pennsylvania Avenue, NW<br>Washington, DC  20006 |
| 6 | Telephone:     (202) 974-1500<br>Facsimile:     (202) 974-1999 |

### CERTIFICATE OF SERVICE

I, James M. Simpson, hereby certify that on February 14, 2007, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all counsel for parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

/s/ James M. Simpson

NOTICE OF JOINDER IN STIP FOR
EXTENSION OF TIME