IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN   DIVISION

|  |  |  |
|---|---|---|
| ROBERT T. HARMON, individually and on behalf of all those similarly situated | * * * * * * | |
| PLAINTIFF | * * | NO: 4:07CV00043   SWW |
| vs. | * * | |
| LG Philips LCD Co., Ltd., ET AL. | * * * | |
| DEFENDANTS | * * | |

## ORDER

Plaintiff Robert T. Harmon ("Harmon") brings this antitrust suit, a putative class action, against multiple Defendants, all manufacturers of liquid crystal display ("LCD") products.  On February 13, 2007, Harmon and Separate Defendant AU Optronics Corporation America ("AUO America") filed a  "stipulation and unopposed motion for an extension" (docket entry #3).  Harmon and AUO America state that more than 50 "LCD cases" similar to this case have been filed in various federal district courts, and the Judicial Panel on Multidistrict Litigation is considering whether to transfer the cases to the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.

Harmon and AUO America state that they have agreed that the deadline for AUO America to respond to the complaint "shall be extended until the earlier of the following dates: (1) 45 days after the filing of a Consolidated Amended Complaint in the LCD Cases; or (2) 45 days after plaintiff provides written notice to AUO America that he does not intend to file a

Consolidated Amended Complaint, provided that such notice may be given only after the initial case management conference in the MDL transferee court in this case."

The stipulation/motion further provides that "plaintiff agrees that this extension is available, without further stipulation with counsel for plaintiff, or further order from this court, to all named defendants who notify plaintiff in writing of their intention to join this extension." On February 14, 2007, Separate Defendant L.G. Philips LCD America, Inc. filed notice (docket entry #6) that it has joined the aforementioned stipulation/motion.

The motion for an extension of time (docket entry #3) is GRANTED IN PART. In the interest of ensuring a uniform schedule for responses, it is hereby ordered that each defendant has an extension of time in which to respond to the complaint filed in this case  Defendants have up to and including the earlier of the following dates in which to respond: (1) 45 days after the filing of a consolidated amended complaint in the LCD cases; or (2) 45 days after Plaintiff files notice in this case that he does not intend to file a consolidated amended complaint. Such notice must be filed only after the initial case management conference in the MDL transferee court in this case.

IT IS SO ORDERED THIS 16th DAY OF FEBRUARY, 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE