IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

|  |  |  |
|---|---|---|
| ROBERT T. HARMON, individually and on behalf of all those similarly situated | * * * * | |
| PLAINTIFF | * * | NO: 4:07CV00043 SWW |
| vs. | * * | |
| LG Philips LCD Co., Ltd., ET AL. | * * * | |
| DEFENDANTS | * * | |

**ORDER**

Pursuant to the order entered February 16, 2007, Defendant LG Philips LCD America, Inc.'s "notice of joinder in stipulation for extension of time" (docket entry #6), entered on the docket as a motion, is moot and is hereby DENIED AS MOOT.

IT IS SO ORDERED THIS 13TH DAY OF MARCH, 2007.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE