# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

ROBERT S. HARMON                                              PLAINTIFF(S)

VS.                          NO. 4:07CV00043 SWW

LG PHILIPS LCD COMPANY, LTD., ET AL                           DEFENDANT(S)

## INITIAL SCHEDULING ORDER

The following deadlines and proposals are in effect:

**(1) Rule 26(f) Conference Deadline:**   **Tuesday, April 24, 2007**

The parties are jointly responsible for holding their Rule 26(f) conference on or before Tuesday, April 24, 2007.

**(2) Rule 26(f) Report Due Date:**   **Tuesday, May 8, 2007**

Consult FRCP 26(f) and Local Rule 26.1 for information to be included in the Rule 26(f) Report. The Report should be filed with the Clerk of Court.

**(3) Proposed Trial Date:**   **Monday, June 23, 2008, 9:30 a.m.**
**500 West Capitol, Room 1D**
**Little Rock, AR 72201**

**(4) Rule 16(b) Conference (if needed): Friday, May 11, 2007, at**
                                         **1:30 p.m.**

A telephone conference will be held on May 11, 2007, at 1:30 p.m., if needed, to resolve any conflicts among the parties with deadlines, the proposed trial date, mandatory disclosures, etc. If the parties can agree on all issues in the Rule 26(f) Report and the trial date proposed by the Court, then the telephone conference scheduled for Friday, May 11, 2007, will be unnecessary.

- 2 -

**(5) Final Scheduling Order**: **Will be issued on or before May 15, 2007**

A Final Scheduling Order will be issued on or before May 15, 2007, confirming the jury trial date of June 23, 2008, setting deadlines, and resolving any disputes taken up at the telephone conference.

```
                              AT THE DIRECTION OF THE COURT
                              James W. McCormack, Clerk


                              /s/Sandy Carpenter
                                       Deputy Clerk
                                       (501)604-5104
```