IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ROBERT S. HARMON**                                                    **PLAINTIFF**

VS.                      **CASE NO. 4:07CV43 SWW**

**L.G. PHILIPS LCD COMPANY, LTD., ET AL.**              **DEFENDANTS**

**STIPULATION AND REQUEST FOR ORDER
VACATING INITIAL SCHEDULING ORDER**

WHEREAS Plaintiff filed a Complaint initiating this action on or about January 19, 2007 ("Complaint");

WHEREAS Plaintiff alleges antitrust violations by manufacturers of Liquid Crystal Display ("LCD") products;

WHEREAS more than 60 complaints, including this action, have been filed to date in federal district courts throughout the United States by plaintiffs purporting to bring class actions on behalf of purchasers alleging antitrust violations by manufacturers of LCD products (collectively, "the LCD cases");

WHEREAS there are motions pending before the Judicial Panel on Multidistrict Litigation ("JPML") to transfer the LCD cases for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407;

WHEREAS the parties to this stipulation, Plaintiff, Defendant L.G. Philips LCD America, Inc. ("LPL America"), and AU Optronics Corporation America ("AUO America"), are the only parties that have formally appeared in this action;

WHEREAS the parties anticipate the possibility of consolidated amended complaints in the LCD cases;

WHEREAS the parties have agreed that an orderly schedule for any response to the pleadings in the LCD cases would be more efficient for the parties and for the Court;

WHEREAS on February 16, 2007, the Court, consistent with the parties' previous stipulation, issued an order extending the deadline for Defendant LPL America (and any other defendant who notified plaintiff by letter that they were joining in the extension without making a formal appearance) to respond to the Complaint until the earlier of the following dates: (1) 45 days after the filing of a consolidated amended complaint in the LCD cases; or (2) 45 days after Plaintiff files notice in this case that he does not intend to file a consolidated amended complaint;

WHEREAS Fed. R. Civ. P. 16(b) provides that upon a showing of good cause an initial scheduling order can be modified by the district judge;

WHEREAS this Stipulation does not constitute a waiver by LPL America, AUO America, or any other defendant of any defense, including, but not limited to, the defenses of lack of personal or subject matter jurisdiction, insufficiency of process, insufficiency of service of process, or improper venue.

PLAINTIFF, DEFENDANT LPL AMERICA, AND DEFENDANT AUO AMERICA, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:

1.    Upon the permission and agreement of the Court, the parties agree that it would be a more efficient use of the resources of the parties and this Court to vacate the initial case schedule set forth in the Court's April 2, 2007 Initial Scheduling Order until after the filing of any amended complaint and consolidation and transfer by the JPML, or

after the JPML denies all motions to transfer for coordinated or consolidated pretrial proceedings involving this action;

DATED: April 16th, 2007.

STIPULATION APPROVED AND PRESENTED BY:

FRIDAY, ELDREDGE & CLARK, LLP
JAMES M. SIMPSON, #77125
400 West Capitol, Suite 2000
Little Rock, Arkansas 72201
Telephone: 501-376-2011
Facsimile: 501-376-2147
SIMPSON@fec.net

Attorneys for Defendant
L.G. Philips LCD America, Inc.


By: /s/ James M. Simpson
 JAMES M. SIMPSON


STIPULATION APPROVED BY:

MITCHELL, WILLIAMS, SELIG,
 GATES & WOODYARD, P.L.L.C.
M. SAMUEL JONES, III
425 West Capitol Avenue, Suite 1800
Little Rock, Arkansas 72201
Telephone: 501-688-8800
Facsimile: 501-688-8807
sjones@mwsgw.com

Attorneys for Defendant
AU Optronics Corporation America


By: /s/M. Samuel Jones, III
 M. SAMUEL JONES, III

3

::ODMA\GRPWISE\LR.PO.Litigation_Library:76737.1

STIPULATION APPROVED BY:

EMERSON POYNTER LLP – Little Rock
SCOTT E. POYNTER
The Museum Center
500 President Clinton Avenue, Suite 305
Little Rock, Arkansas  72201
Telephone:     501-907-2555
Facsimile:     501-907-2556
scott@emersonpoynter.com

Attorneys for Plaintiff
Robert Harmon


By:  /s/Scott E. Poynter
          SCOTT E. POYNTER


PURSUANT TO AND IN ACCORDANCE WITH THE FOREGOING STIPULATION, AND GOOD CAUSE HAVING BEEN SHOWN, IT IS SO ORDERED THAT THE INITIAL SCHEDULING ORDER BE VACATED AND THAT A NEW SCHEDULING ORDER WILL BE ISSUED, IF AT ALL, FOLLOWING THE TRANSFER DECISION OF THE JPML.

DATED THIS _____ DAY OF APRIL, 2007.


_____
THE HONORABLE SUSAN WEBBER WRIGHT
United States District Judge