IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

|  |  |  |
|---|---|---|
| ROBERT T. HARMON, individually and on behalf of all those similarly situated | * * * * | |
| PLAINTIFF | * * | NO: 4:07CV00043   SWW |
| vs. | * * | |
| LG Philips LCD Co., Ltd., ET AL. | * * * | |
| DEFENDANTS | * * | |

**ORDER**

Before the Court is a joint motion by Plaintiff and Defendants L.G. Philips LCD America, Inc. and AU Optronics Corporation America, requesting that the Court vacate the initial scheduling order. The motion (docket entry #10) is GRANTED. The Court will postpone entering an amended initial scheduling order until after the filing of any amended complaint and consolidation and transfer by the Judicial Panel on Multidistrict Litigation, or until after the motions for transfer for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 are denied.

IT IS SO ORDERED THIS 18th DAY OF APRIL, 2007.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE