CLOSED, HDY, JURY, MDL, TRANSO

## U.S. District Court
## Eastern District of Arkansas (Little Rock)
## CIVIL DOCKET FOR CASE #: 4:07-cv-00043-SWW
## Internal Use Only

Harmon v. LG Philips LCD Company Ltd et al
Assigned to: Judge Susan Webber Wright
Cause: 15:15 Antitrust Litigation

Date Filed: 01/19/2007
Date Terminated: 06/04/2007
Jury Demand: Plaintiff
Nature of Suit: 410 Anti-Trust
Jurisdiction: Federal Question

### Plaintiff

**Robert S Harmon**
*individually and on Behalf Of All Persons Similarly Situated*

represented by **Christopher D. Jennings**
Emerson Poynter LLP - Little Rock
The Museum Center
500 President Clinton Avenue
Suite 305
Little Rock, AR 72201
501-907-2555
Fax: 501-907-2556
Email: cjennings@emersonpoynter.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John G. Emerson**
Emerson Poynter LLP - Houston
830 Apollo Lane
Houston, TX 77058
501-907-2555
Email: john@emersonpoynter.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott E. Poynter**
Emerson Poynter LLP - Little Rock
The Museum Center
500 President Clinton Avenue
Suite 305
Little Rock, AR 72201
501-907-2555
Fax: 501-907-2556
Email: Scott@emersonpoynter.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


A TRUE COPY I CERTIFY
JAMES W. McCORMACK, CLERK
By Vicki Turner D.C.

V.

**Defendant**

**LG Philips LCD Company Ltd**

**Defendant**

**LG Philips LCD America Inc**     represented by **James M. Simpson, Jr.**
Friday, Eldredge & Clark, LLP - Little Rock
400 West Capitol Avenue
Suite 2000
Little Rock, AR 72201-3493
(501) 376-2011
Email: simpson@fec.net
*ATTORNEY TO BE NOTICED*

**Defendant**

**Samsung Electronics Company Limited**

**Defendant**

**NEC Corporation**

**Defendant**

**NEC Electronics America Incorporated**

**Defendant**

**NEC LCD Technologies Ltd**

**Defendant**

**Hitachi Limited**

**Defendant**

**Hitachi Displays Ltd**

**Defendant**

**Hitachi Electronic Devices (USA) Inc**

**Defendant**

**Hitachi America Limited**

**Defendant**

**International Display Technology Company Ltd**

**Defendant**

**International Display Technology USA Ltd**

**Defendant**
**Sanyo Epson Imaging Devices Corporation**

**Defendant**
**Sharp Corporation**

**Defendant**
**Sharp Electronics Corporation**

**Defendant**
**Toshiba Corporation**

**Defendant**
**Toshiba Matsushita Display Technology Company Ltd**

**Defendant**
**AU Optronics Corporation**

**Defendant**
**AU Optronics Corporation America**          represented by   **M. Samuel Jones, III**
Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C. - LR
425 West Capitol Avenue
Suite 1800
Little Rock, AR 72201
(501) 688-8812
Email: sjones@mwsgw.com
*ATTORNEY TO BE NOTICED*

**Defendant**
**Chi Mei Optoelectronics Corporation**

**Defendant**
**Chi Mei Optoelectronics USA Inc**

| Date Filed | # | Docket Text |
|---|---|---|
| 01/19/2007 | 1 | CLASS ACTION COMPLAINT with jury demand filed by Robert S Harmon against all defendants; Summons were issued and returned to attorney; Filing fee of $350.00 paid; Receipt #LIT04311 (kjp, ) (Entered: 01/22/2007) |
| 01/19/2007 |   | (Court only) ***Set Magistrate Young & Jury Flags (kjp, ) (Entered: 01/22/2007) |
| 02/13/2007 | 2 | NOTICE of Appearance by M. Samuel Jones, III on behalf of AU |

| | | |
|---|---|---|
| | | Optronics Corporation America (Jones, M.) (Entered: 02/13/2007) |
| 02/13/2007 | 🔵3 | STIPULATION re 1 Complaint *AND UNOPPOSED MOTION FOR EXTENSION* by AU Optronics Corporation America. (Jones, M.) (Entered: 02/13/2007) |
| 02/14/2007 | 🔵4 | NOTICE of Appearance by James M. Simpson, Jr on behalf of LG Philips LCD America Inc (Simpson, James) (Entered: 02/14/2007) |
| 02/14/2007 | 🔵5 | Corporate Disclosure Statement (Rule 7.1) by LG Philips LCD America Inc identifying LPL America as Corporate Parent.. (Simpson, James) (Entered: 02/14/2007) |
| 02/14/2007 | 🔵6 | MOTION for Joinder *in Stipulation for Extension of Time* by LG Philips LCD America Inc. (Simpson, James) (Entered: 02/14/2007) |
| 02/16/2007 | 🔵7 | ORDER that the motions 3 6 for extension of time to file their answer is GRANTED IN PART. Signed by Judge Susan Webber Wright on 2/16/07. (vjt) (Entered: 02/20/2007) |
| 03/13/2007 | 🔵8 | ORDER denying as moot 6 Defendant LG Philips LCD America Inc.'s Motion for Joinder in Stipulation for Extension of Time. Signed by Judge Susan Webber Wright on 03/13/2007. (thd) (Entered: 03/13/2007) |
| 04/02/2007 | 🔵9 | INITIAL SCHEDULING ORDER:Rule 26(f) Conference to occur by 4/24/2007; Rule 26(f) Report due by 5/8/2007; Proposed Jury Trial date set for 6/23/2008 at 09:30 AM in Little Rock, Courtroom #1D, before Judge Susan Webber Wright; Rule 16(b) Conference set for 5/11/2007 at 01:30 PM, if necessary. Signed at Direction of the Court by Sandy Carpenter on 4/2/07. (sjc) (Entered: 04/02/2007) |
| 04/16/2007 | 🔵10 | STIPULATION *AND REQUEST FOR ORDER VACATING INITIAL SCHEDULING ORDER* by LG Philips LCD America Inc (Simpson, James) (Entered: 04/16/2007) |
| 04/18/2007 | 🔵11 | ORDER granting joint motion 10 to vacate the initial scheduling order 9; the Court will postpone entering an amended initial scheduling order until after the filing of any amended complaint and consolidation and transfer by the MDL Judicial Panel. Signed by Judge Susan Webber Wright on 4/18/07. (vjt) (Entered: 04/19/2007) |
| 06/04/2007 | 🔵12 | CONDITIONAL TRANSFER ORDER (CTO-1) MDL 07-1827 In re TFT-LCD (Flat Panel) Antitrust Litigation - Case transferred to the Northern District of California, San Francisco Division. (vjt) (Entered: 06/05/2007) |
| 06/04/2007 | 🔵 | Case transferred to USDC Northern District of California. Copies of docket entries 1 - 11, along with a certified copy of the docket sheet and Transfer Order were forwarded to the Northern District of California electronically, pursuant to their request. (vjt) (Entered: 06/05/2007) |
| 06/04/2007 | 🔵 | (Court only) ***Set Flags: MDL, TRANSFER OUT (vjt) (Entered: 06/05/2007) |